| | |
|---|---|
| 1 | SUE ANN SALMON EVANS, State Bar No. 151562 |
| | ELIZABETH A. ESTES, State Bar No. 173680 |
| 2 | MILLER BROWN & DANNIS |
| | 71 Stevenson Street, 19th Floor |
| 3 | San Francisco, CA 94104 |
| | Telephone: (415) 543-4111 |
| 4 | Facsimile: (415) 543-4384 |
| 5 | Attorneys for Defendant |
| | SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| N.R., et al., | ) | CASE NO. C 05-00441 SI (MEJ) |
| Plaintiffs, | ) | |
| v. | ) | **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; PROPOSED ORDER THEREON** |
| SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT, et al., | ) | Case Management Conference Date: June 3, 2005 |
| | ) | Courtroom 10, 19th Floor |
| Defendants. | ) | Time: 2:00 p.m. |
| | ) | Judge: Hon. Susan Illston |
| SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT, | ) | |
| Defendant and Third Party Plaintiff, | ) | |
| v. | ) | |
| SYNERGISTIC INTERVENTIONS, LLC., et al., | ) | |
| Third Party Defendants. | ) | |

Pursuant to Local Rule 6-2 and 7-11, Plaintiffs and Defendants, by and through their counsel of record, hereby stipulate and request that the Case Management Conference currently set for June 3,

---

STIPULATION TO CONTINUE CASE
MANAGEMENT CONFERENCE;
PROPOSED ORDER THEREON C 05 0441 SI (MEJ)

1  2005, before the Honorable Susan Illston, be continued to June 17, 2005, at 2:30 p.m.  Good cause exists
2  for this continuance for the following reasons:
3        On February 4, 2005, this court ordered the parties to mediation and referred the matter to
4  Magistrate Judge Maria-Elena James for mediation/settlement discussions.  Settlement conferences were
5  conducted on both April 22 and May 17, 2005, and Judge James has ordered a further settlement
6  conference for June 7, 2005.  In light of the fact that the parties are currently engaging in efforts to
7  resolve the case, it is in the interest of judicial efficiency and economy to continue the Case Management
8  Conference to June 17, and reset the filing deadline for the Joint Case Management Conference
9  Statement to June 10, 2005.
10        IT IS SO STIPULATED.
11  Dated: May 27, 2005       MILLER BROWN & DANNIS
12
13        /s/ Sue Ann Salmon Evans
      Sue Ann Salmon Evans
14        Attorneys for San Ramon Valley
      Unified School District
15
16  Dated: May 25, 2005       /s/ Eileen Matteucci
      Eileen Matteucci
17        Attorney for Plaintiffs
18
      **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
19
20  Dated: May _____, 2005
21        Hon.
      Uni



28  STIPULATION TO CONTINUE CASE
MANAGEMENT CONFERENCE;
PROPOSED ORDER THEREON  C 05 0441 SI (MEJ)
2