1  SUE ANN SALMON EVANS, State Bar No. 151562
   ELIZABETH A. ESTES, State Bar No. 173680
2  MILLER BROWN & DANNIS
   71 Stevenson Street, 19th Floor
3  San Francisco, CA 94104
   Telephone:   (415) 543-4111
4  Facsimile:   (415) 543-4384

5  Attorneys for Defendant
   SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| N.R., et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>SAN RAMON VALLEY<br>UNIFIED SCHOOL DISTRICT,<br>et al.,<br><br>　　　　Defendants.<br>_____<br>SAN RAMON VALLEY UNIFIED<br>SCHOOL DISTRICT,<br><br>　　　　Defendant and Third<br>　　　　Party Plaintiff,<br><br>　　v.<br><br>SYNERGISTIC INTERVENTIONS,<br>LLC., et al.,<br><br>　　　　Third Party<br>　　　　Defendants.<br>_____ | CASE NO. C 05-00441 SI (MEJ)<br><br>**STIPULATION TO CONTINUE**<br>**CASE MANAGEMENT CONFERENCE;**<br>**PROPOSED ORDER THEREON**<br><br>Case Management Conference Date: June 17, 2005<br>Courtroom 10, 19th Floor<br>Time: 2:00 p.m.<br>Judge: Hon. Susan Illston |

　　　　Pursuant to Local Rule 6-2 and 7-11, Plaintiffs and Defendants, by and through their counsel of record, hereby stipulate and request that the Case Management Conference currently set for June 17,

---

STIPULATION TO CONTINUE CASE
MANAGEMENT CONFERENCE;
PROPOSED ORDER THEREON  C 05 0441 SI (MEJ)

1  2005, before the Honorable Susan Illston, be continued to July 8, 2005, at 2:00 p.m. Good cause exists
2  for this continuance for the following reasons:
3      On February 4, 2005, this court ordered the parties to mediation and referred the matter to
4  Magistrate Judge Maria-Elena James for mediation/settlement discussions. Settlement conferences were
5  conducted on April 22 , May 17, and June 7, 2005, and Judge James has ordered a further settlement
6  conference for June 21, 2005. In light of the fact that the parties are currently engaging in efforts to
7  resolve the case, it is in the interest of judicial efficiency and economy to continue the Case Management
8  Conference to July 8, and reset the filing deadline for the Joint Case Management Conference Statement
9  to July 1, 2005.
10     IT IS SO STIPULATED.
11 Dated: June 15, 2005                                            MILLER BROWN & DANNIS
12
13                                                                   /s/ Sue Ann Salmon Evans
14                                                                 Sue Ann Salmon Evans
15                                                                 Attorneys for San Ramon Valley
                                                                 Unified School District
16 Dated: June 15, 2005                                            /s/ Eileen Matteucci
                                                                Eileen Matteucci
17                                                                Attorney for Plaintiffs
18 Dated: June 15, 2005                                            /s/ Roberta Savage
                                                               Attorney for Plaintiffs
19
20     **PURSUANT TO STIPULATION,**
21
22 Dated: June _____, 2005



IT IS SO ORDERED
Judge Susan Illston

23
24
25
26
27
28 STIPULATION TO CONTINUE CASE
MANAGEMENT CONFERENCE;
PROPOSED ORDER THEREON  C 05 0441 SI (MEJ)

2