United States District Court<br>For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

N.R. et al.,

    Plaintiffs,

vs.

SAN RAMON VALLEY SCHOOL DISTRICT, et al.,

    Defendants.

No. C 05-0441 SI (MEJ)

**ORDER FOR PARTIES TO MEET AND CONFER;**

**ORDER FOR PARTIES TO EXCHANGE SPECIAL MASTER NAME**

On June 21, 2005, the Court conducted a settlement conference in the above-captioned case. Pursuant to discussions at the settlement conference, the Court hereby ORDERS as follows:

1) No later than July 1, 2005, parties shall meet and confer to resolve all remaining disputes.

2) After the meet and confer, but no later than July 1, 2005, parties shall notify this Court of any matters not resolved.

3) No later than July 8, 2005, parties shall exchange the name of the Special Master.

**IT IS SO ORDERED.**

Dated: June 22, 2005

                                             /s/ Maria-Elena James
MARIA-ELENA JAMES
United States Magistrate Judge