IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| N.R. et al.,<br><br>  Plaintiffs,<br><br>  vs.<br><br>SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT,<br><br>  Defendant.<br>_____/ | No. C 05-0441 SI (MEJ)<br><br>**ORDER EXTENDING MEET AND CONFER DEADLINE;**<br><br>**ORDER FOR PARTIES TO APPEAR IN JUDGE JAMES' CHAMBERS ON JULY 11, 2005 AT 9:30 A.M.** |

The Court is in receipt of defendant San Ramon Valley Unified School District's ("Defendants") letter dated June 30, 2005. In the letter, Defendants request an extension of the meet and confer deadline. The Court is aware of plaintiffs' opposition to Defendants' request. However, as the letter indicates that a resolution may possibly be reached with the extension, the Court finds good cause to extend the deadline. Accordingly, the Court hereby ORDERS as follows:

1) The deadline for parties to meet and confer shall be extended from July 1, 2005 to July 8, 2005.

2) After July 8, 2005, if issues remain unresolved, parties are ordered to appear in Judge James' chambers on Monday, July 11, 2005 at 9:30 a.m. to meet and confer.

**IT IS SO ORDERED.**

Dated: July 5, 2005                                    /s/ Maria-Elena James
                                                       MARIA-ELENA JAMES
                                                       United States Magistrate Judge