IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| N.R. A MINOR,<br><br>          Plaintiff,<br><br>     v.<br><br>SAN RAMON VALLEY UNIFIED,<br><br>          Defendant.<br>                                         / | No. C 05-00441 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: October 7, 2005 at 2:30 p.m..
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is December 16, 2005.

DESIGNATION OF EXPERTS:  Pltf. 1/9/06;  Deft. 1/9/06.
     Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is January 31, 2006.

DISPOSITIVE MOTIONS **SHALL** be filed by February 10, 2006;

     Opp. Due February 24, 2006;  Reply Due March 3, 2006;

      and set for hearing no later than March 17, 2006 at 9:00 AM.

PRETRIAL CONFERENCE DATE: April 25, 2006 at 3:30 PM.

COURT TRIAL DATE: May 8, 2006 at 8:30 AM.,
     Courtroom 4, 17th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
none

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 7/11/05

_____
SUSAN ILLSTON
United States District Judge