IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| N.R., a minor, et al.,<br><br>　　　　Plaintiffs,<br>　v.<br><br>SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT,<br><br>　　　　Defendant.<br>_____/<br>AND RELATED THIRD PARTY CLAIM.<br>_____/ | No. C 05-00441 SI<br><br>**DENIAL AS MOOT OF MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST THIRD PARTY DEFENDANT SYNERGISTIC INTERVENTIONS, LLC** |

　　　Defendant/third party plaintiff San Ramon Valley Unified School District seeks entry of default judgment against defaulted third party defendant Synergistic Interventions LLC, for "indemnity and contribution for any damages that plaintiffs in the original complaint may recover from the District with respect to the injunctive relief, damages and liability, if any, that arise out of the claims alleged by said plaintiffs."

　　　However, defendant's motion for judgment against plaintiffs on the pleadings, based on failure to exhaust administrative remedies and lack of jurisdiction, has been granted. Accordingly, claims for "indemnity and contribution" arising out of that action have become moot. Accordingly, the request to enter default judgment is DENIED as moot.

　　　**IT IS SO ORDERED.**

Dated: November 29, 2005

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge