IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| N.R., a minor, et al., | No. C 05-00441 SI |
| Plaintiffs, | **ORDER REGARDING DEFENDANT'S MOTION FOR ATTORNEYS' FEES AND COSTS** |
| v. | |
| SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT, et al., | |
| Defendants. / | |

Defendant has filed a motion for attorneys' fees and costs. Pursuant to Civil Local Rule 7-1(b), the Court shall determine the motion without oral argument, and accordingly the February 3, 2006 hearing is vacated.

The Court directs the parties to file supplemental briefing as follows. Defendant shall file documentation of the hours claimed by **February 3, 2006**. The documentation shall be in the form of billing records, along with whatever supporting declarations defendant wishes to submit. Plaintiffs shall file a response by **February 10, 2006**, at which point the motion shall be deemed submitted.

**IT IS SO ORDERED.**

Dated: January 25, 2006

SUSAN ILLSTON
United States District Judge